IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:16-CR-065-RLV-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOSEPH HOWARD DAVIS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Bond Hearing To Appeal Detention Order" (Document No. 31) filed January 18, 2017; and "Defendant's Motion To Compel The Production Of Brady Material" (Document No. 33) filed January 23, 2017. The undersigned notes that Defendant is represented by appointed counsel, S. Frederick Winiker, III. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the "Motion For Bond Hearing To Appeal Detention Order" (Document No. 31) and "Defendant's Motion To Compel The Production Of Brady Material" (Document No. 33) are hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motions, if desired, through his counsel, S. Frederick Winiker, III.

**SO ORDERED**.

Signed: January 25, 2017

David C. Keesler
United States Magistrate Judge